JML LAW, APLC
JARED W. BEILKE, STATE BAR NO. 195698
jared@jmllaw.com
KARINA GODOY, STATE BAR NO. 305895
kgodoy@jmllaw.com
5855 Topanga Canyon Boulevard, Suite 300
Woodland Hills, California 91367
Telephone: (818) 610-8800
Facsimile:  (818) 610-3030
Attorneys for Plaintiff Michael Montes De Oca

Michael J. Sexton CA Bar No. 153435
Michael.sexton@ogletree.com
Young W. Choi CA Bar No. 334928
Young.choi@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive                                    JS-6
Costa Mesa, CA 92626
Telephone: 714-800-7900
Fax: 714-754-1298
Attorneys for Defendant The Sherwin Williams Manufacturing Company
(erroneously sued as "Sherwin Williams Manufacturing")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL MONTES DE OCA, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>SHERWIN WILLIAMS MANUFACTURING., a OHIO CORPORATION and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. 2:25-cv-06051-FMO-MAA<br><br>**ORDER RE: STIPULATION [22] TO DISMISS THE ENTIRE ACTION WITH PREJUDICE [FRCP41]**<br><br>Complaint Filed: June 4, 2025<br><br>Trial Date:          June 23, 2026<br>District Judge:     Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Maria A. Audero |

ORDER RE: STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE [FRCP41]

## ORDER

The above-entitled action shall be dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

DATED:   ___March 16___, 2026      _____/s/_____

HONORABLE FERNANDO M. OLGUIN

UNITED STATES DISTRICT JUDGE

2
ORDER RE: STIPULATION TO DISMISS THE ENTIRE ACTION WITH
PREJUDICE [FRCP41]